**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** III    **Investigating Agency** FBI

**City** Weymouth

**County** Norfolk

**Related Case Information:**
- Superseding Ind./ Inf. _____
- Case No. _____
- Same Defendant X    New Defendant _____
- Magistrate Judge Case Number: 20-mj-7198-JCB
- Search Warrant Case Number: _____
- R 20/R 40 from District of: _____

**Defendant Information:**

Defendant Name: LAJERRAN LONG    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Ljay"

Address: (City & State) Malden, MA

Birth date (Yr only): 1994   SSN (last4#): 0241   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** Eric P. Christofferson    **Address:** DLA Piper LLP

**Bar Number** 654087    33 Arch Street, 26th Floor, Boston, MA 02110

**U.S. Attorney Information:**

**AUSA** Leslie A. Wright    **Bar Number if applicable** IL 6307355

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 09/09/2020

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Magistrate Judge Judith G. Dein on 9/9/2020

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/8/2020    Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   LAJERRAN LONG

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit bank fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____