UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>LAJERRAN LONG,           )<br>        Defendant.    )<br>_____) | Criminal No. 20-10308-MLW |

## UNITED STATES' MOTION FOR ORDER OF FORFEITURE (MONEY JUDGMENT)

The United States of America, by its attorney, Nathaniel R. Mendell, Acting United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of an Order of Forfeiture (Money Judgment) in the above-captioned case pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Order of Forfeiture is submitted herewith. In his plea agreement, the defendant Lajerran Long (the "Defendant") agreed to entry of the requested order. *See* Docket No. 24. In support thereof, the United States sets forth the following:

1. On December 8, 2020, the United States Attorney for the District of Massachusetts filed a one-count Information, charging the Defendant with Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349.

2. The Information included a Forfeiture Allegation, pursuant to 18 U.S.C. § 982(a)(2), which provided notice that the United States intended to seek the forfeiture, upon conviction of the Defendant of the offense alleged in Count One of the Information, of any property constituting or is derived from, proceeds obtained directly or indirectly, as a result of such offense. The property to be forfeited included, but was not limited to, at least $5,000, to be entered in the form of a forfeiture money judgment.

*ALLOWED*
*W & U.D.J*
*Oct. 19, 2021*